**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**


UNITED STATES OF AMERICA,                                    Criminal No. 11-354 PJS/AJB

                    Plaintiff,

v.                                                                            **ORDER**

SHAWN MICHAEL OLTHOFF,

                    Defendant.


      Thomas M. Hollenhorst, Esq., Assistant United States Attorney, for the plaintiff, United States of America;

      Richard J. Malacko, Esq., for the defendant, Shawn Michael Olthoff.


      Based upon the Report and Recommendation by United States Chief Magistrate Judge

Arthur J. Boylan dated December 19, 2011, with all the files and records, and no objections

having been filed to said Recommendation, **IT IS HEREBY ORDERED** that defendant Shawn

Michael Olthoff's Motion for Transfer for Trial pursuant to Rule 21 is **denied** [Docket No. 17].


Dated: _____01/05/12_____           s/Patrick J. Schiltz_____
                                                                                    Patrick J. Schiltz
                                                                                    United States District Judge